Date: April 19, 2011

Craig Watson #46192-066
FCI Fort Dix
P.O. Box 2000
Fort Dix, N.J. 08640

RECEIVED MAY

United States District Court
For the Eastern District of Pennsylvania
601 Maket Street
Philadelphia, PA 19107

Re: Notice of Appeal

CASE No. 92-672-01

United States District Court:

    If this Court is refusing to provide finding of fact as requested by the petitioner in his motion for finding of fact pursuant to an order denying his motion for reconsideration, please accept this notice of appeal, to appeal the denial of all submissions concerning the claims in the petition.

Respectfully submitted,

Craig Watson #46192-066
Craig Watson#     Pro Se